IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO D. ROBLEDO and ALICIA H. ROBLEDO, | No. C 11-1292 CW |
| Plaintiffs, | ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (Docket No. 18) |
| v. | |
| CHASE BANK; RECONVAYANCE COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INCORPORATION, | |
| Defendants. | |
| _____/ | |

On April 25, 2011, JP Morgan Chase Bank, N.A., erroneously sued as Chase Bank; California Reconveyance Company, erroneously sued as Reconvayance Company; and Mortgage Electronic Registration Systems, Inc., erroneously sued as Mortgage Electronic Registration System, Incorporation moved to dismiss Plaintiffs Alberto D. Robledo and Alicia H. Robledo's complaint.  On May 19, 2011, the Court warned Plaintiffs that, if they failed to respond to Defendants' motion by May 26, 2011, their action would be dismissed.  Plaintiffs did not respond.

Accordingly, Plaintiffs' claims against Defendants are dismissed without prejudice for failure to prosecute.  Defendants' motion to dismiss is DENIED as moot.  (Docket No. 18.)

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 6/1/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBLEDO et al,

        Plaintiff,

  v.

CHASE BANK et al,

        Defendant.
_____/

Case Number: CV11-01292 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alberto D. Robledo
17175 Cedar Avenue
Sonoma,  CA 95476

Alicia H. Robledo
17175 Cedar Avenue
Sonoma,  CA 95476

Dated: June 1, 2011

                       Richard W. Wieking, Clerk
                       By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California

2